**Order entered January 6, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00964-CR

### DONALD HALL, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F12-59024-J**

## ORDER

Appellant's December 31, 2013 motion for extension of time to file appellant's brief is

**GRANTED**. The time to file appellant's brief is **EXTENDED** to **THIRTY DAYS** from the

date of this order.

/s/      LANA MYERS
JUSTICE